FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
OCT 06 2010
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:10-00250 |
| v. | 18 U.S.C. § 2251 |
| MATTHEW PAUL DEHART | 18 U.S.C. § 2253 |
| | 18 U.S.C. § 2256 |

# INDICTMENT

### COUNT ONE
(Production of Child Pornography)

THE GRAND JURY CHARGES:

Between in or about May 2008 and in or about December 2008, in the Middle District of Tennessee and elsewhere, the defendant, **MATTHEW PAUL DEHART**, did knowingly and intentionally employ, use, persuade, induce, entice, and coerce a minor child under the age of eighteen to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, which visual depiction was transported and transmitted using any means or facility of interstate commerce, and did attempt to do so.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(d).

## COUNT TWO
### (Transportation of Child Pornography)

THE GRAND JURY FURTHER CHARGES:

On or about January 23, 2008, in the Middle District of Tennessee, and elsewhere, **MATTHEW PAUL DEHART**, knowingly shipped and transported and attempted to ship and transport child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(1) and 2252A(b)(1).

A TRUE BILL

███████
FOREPERSON

_____
JERRY E. MARTIN
UNITED STATES ATTORNEY

_____
S. CARRAN DAUGHTREY
ASSISTANT UNITED STATES ATTORNEY

2