UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | NO. 3:10-cr-00250 |
| | ) | JUDGE TRAUGER |
| MATTHEW DEHART | ) | |

MOTION TO CONTINUE HEARING

The United States of America, by and through S. Carran Daughtrey, Assistant United States Attorney for the Middle District of Tennessee, hereby requests this Court reschedule the detention review hearing, which currently is set for December 3, 2010. The undersigned attorney currently is on medical leave, has been advised by her doctor not to return to work until at least December 14, 2010, and believes she will be well enough to return to work at least part-time by that date. Wherefore, the government respectfully requests this Court reset the detention review hearing until December 14, 2010 or anytime thereafter.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

s/ S. Carran Daughtrey
S. Carran Daughtrey
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing has been served electronically or by mail to the following:

    Ronald C. Small
    Assistant Federal Public Defender
    810 Broadway, Suite 200
    Nashville, TN 37203-3805

on this, the 29th day of November, 2010.

                                          s/ S. Carran Daughtrey
                                          S. Carran Daughtrey