UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | NO. 3:10-cr-00250 |
| ) | JUDGE TRAUGER |
| MATTHEW DEHART ) | |

RESPONSE TO REQUEST FOR FUNDING

The United States of America, by and through S. Carran Daughtrey, Assistant United States Attorney for the Middle District of Tennessee, has no objection to the defendant's request to maintain court funding for expert services and transcripts.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

s/ S. Carran Daughtrey
S. Carran Daughtrey
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically or by mail to Kimberly S. Hodde, Hodde & Associates, 40 Music Square East, Nashville, TN 37203 on this, the 29th day of December, 2010.

s/ S. Carran Daughtrey
S. Carran Daughtrey