**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

UNITED STATES OF AMERICA     )
     )
     )
v.     )     Criminal No.  3:10-00250
     )     Judge Trauger
     )
MATTHEW PAUL DEHART     )

**O R D E R**

The request made by new, retained counsel of the defendant that the court continue to

fund expert services (private investigation and computer forensic services) and transcript costs

for this defendant (Docket No. 39) is **GRANTED**.

It is so **ORDERED**.

ENTER this 30th day of December 2010.

_____
ALETA A. TRAUGER
U.S. District Judge