Motion GRANTED.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:10-00250 |
| | ) | Judge Trauger |
| MATTHEW DEHART | ) | |

### MOTION FOR LEAVE TO FILE *EX PARTE* AND UNDER SEAL

**COMES NOW** the Defendant, **Matthew DeHart**, by and through his undersigned counsel, and hereby moves this Honorable Court for leave to file a Motion *ex parte* and under seal. In support hereof, Defendant DeHart states as follows:

1. The "Administrative Practices and Procedures for Electronic Case Filing (ECF)" adopted by this Court in Administrative Order #167 at Section 5.07 requires a party seeking to file documents under seal to electronically file a Motion for Leave of Court to do so.

2. The Motion addresses administrative matters private to the defense. Defendant DeHart therefore requests that this Honorable Court permit the filing of his Motion *ex parte* and under seal.

**WHEREFORE**, based on the foregoing, Defendant DeHart respectfully requests that this Honorable Court grant this Motion.

Respectfully submitted,

HODDE & ASSOCIATES
40 Music Square East
Nashville, TN 37203
(615) 242-4200

BY: ___s/ Kimberly S. Hodde___
     KIMBERLY S. HODDE
     Attorney for Defendant DeHart

1