UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: [ ]

UNITED STATES OF AMERICA

Judge: [ ]

V.

Hearing Date: [ ]

Location: ○ Nashville  ○ Columbia  ○ Cookeville

Court Reporter: [ ]

Court Interpreter: [ ]

(list each defendant appearing at hearing)

## CRIMINAL MINUTES

Government Attorney(s): [ ]

Defense Attorney(s): [ ]

## TRIAL PROCEEDINGS

1. Jury Trial*
2. Non-Jury Trial*
3. Sentencing Hearing Contested*
4. Supervised Release Hearing-Contested*
5. Probation Revocation Hearing-Contested*
6. Other Evidentiary Hearing*
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment
8. Plea Hearing
9. Sentencing Hearing
10. Status conference
11. Pretrial Conference
12. Supervised Release Revocation Hearing
13. Probation Revocation Hearing
14. Motion Hearing
15. Other Proceeding
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Total Time in Court: [ ]

KEITH THROCKMORTON, Clerk
by: [ ]