IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-00250 |
| | ) | Judge Trauger |
| MATTHEW PAUL DEHART | ) | |

## O R D E R

A status conference was held in this case on November 4, 2011. By agreement of the defendant, who executed a waiver of speedy trial, the trial scheduled for November 15, 2011 is **CONTINUED**, to be reset by later order of the court. It is further **ORDERED** that a status conference is scheduled for December 12, 2011 at 3:00 p.m.

It is so **ORDERED**.

ENTER this 4th day of November 2011.

_____
ALETA A. TRAUGER
U.S. District Judge