UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-cr-00250 |
| | ) | |
| | ) | JUDGE TRAUGER |
| MATTHEW PAUL DEHART | ) | |

## MOTION TO WITHDRAW AS CO-COUNSEL

The United States of America, through Jerry E. Martin, United States Attorney for the Middle District of Tennessee, and Matthew J. Everitt, Assistant United States Attorney, requests that Matthew J. Everitt be permitted to withdraw as co-counsel in the above matter.

        Respectfully submitted,
        JERRY E. MARTIN
        United States Attorney

        **/s/ Matthew J. Everitt**
        MATTHEW J. EVERITT
        Assistant United States Attorneys
        ll0 Ninth Avenue South, Suite A96l
        Nashville, Tennessee 37203
        (615) 736-5151

## CERTIFICATE OF SERVICE

I hereby certify that on I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following:

Kimberly S. Hodde
Hodde & Associates
40 Music Square East
Nashville, TN 37203
(615) 242-4200
Fax: (615) 242-8115

This 4th day of November 2011.

/s/ Matthew J. Everitt
MATTHEW J. EVERITT
Assistant United States Attorney