Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:10-cr-00250 |
| ) | |
| ) | JUDGE TRAUGER |
| MATTHEW PAUL DEHART ) | |

## MOTION TO WITHDRAW AS CO-COUNSEL

The United States of America, through Jerry E. Martin, United States Attorney for the Middle District of Tennessee, and Matthew J. Everitt, Assistant United States Attorney, requests that Matthew J. Everitt be permitted to withdraw as co-counsel in the above matter.

Respectfully submitted,
JERRY E. MARTIN
United States Attorney

**/s/ Matthew J. Everitt**
MATTHEW J. EVERITT
Assistant United States Attorneys
ll0 Ninth Avenue South, Suite A96l
Nashville, Tennessee 37203
(615) 736-5151