UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | NO. 3:10-cr-00250 |
| | ) | JUDGE TRAUGER |
| MATTHEW DEHART | ) | |

### UNITED STATES' MOTION FOR LEAVE TO FILE MOTION UNDER SEAL

The United States of America, by and through the Assistant United States Attorney below, hereby requests that this Court allow the United States to file a motion under seal. In support thereof, the United States submits the following:

The "Administrative Practices and Procedures for Electronic Case Filing (ECF)" adopted by this Court in Administrative Order # 167 at Section 5.07 requires a party seeking to file documents under seal to electronically file a motion for leave of court to do so, via the court's electronic system.

The United States therefore respectfully request that this Honorable Court permit the filing of said motion under seal for the reasons stated in the motion.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

s/ S. Carran Daughtrey
S. Carran Daughtrey
Assistant United States Attorney
110 Ninth Avenue, South, Suite A-961
Nashville, Tennessee 37203
Telephone: (615) 736-5151

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically or by mail to Mark Scruggs, counsel for defendant, on this, the 11th day of April, 2012.

s/ S. Carran Daughtrey
S. Carran Daughtrey