REV 7/11

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:10-00250

**UNITED STATES OF AMERICA**

V.

**MATTHEW PAUL DEHART**

(list each defendant appearing at hearing)

Judge: TRAUGER
Hearing Date: 4/12/12
Location: ☒ Nashville  ☐ Columbia  ☐ Cookeville
Court Reporter: Becky Cole
Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Carrie Daughtrey

Defense Attorney(s): Mark Scruggs

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☒
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Parties appeared for hearing on Motion to Compel. Schedule for providing information was decided. Additional hearing set for Tuesday, 4/17/2012, at 1:30 p.m. Order to enter.

Total Time in Court: 1 hr 10 mins.

KEITH THROCKMORTON, Clerk
by: Katheryn Beasley