REV 7/11

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:10-00250

UNITED STATES OF AMERICA

Judge: TRAUGER

V.

Hearing Date: 4/20/12

MATTHEW PAUL DEHART

Location: ☒ Nashville  ☐ Columbia  ☐ Cookeville

Court Reporter: Becky Cole

(list each defendant appearing at hearing)

Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Carrie Daughtrey and Lynne Ingram

Defense Attorney(s): Mark Scruggs

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☒
   (Describe #6 in comments section below)
*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Parties appeared for hearing on Defendant's Motion to Compel. Evidence heard. Telephone conference set for 4/25/12 at 11:00 a.m. Witness/exhibit list to follow.

Total Time in Court: 2 hrs 30 mins.

KEITH THROCKMORTON, Clerk
by: Katheryn Beasley