REV 7/11

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:10-00250

UNITED STATES OF AMERICA

V.

Judge: TRAUGER

Hearing Date: 4/25/12

Location: ☒ Nashville  ☐ Columbia  ☐ Cookeville

MATTHEW PAUL DEHART

Court Reporter: Becky Cole

Court Interpreter:

(list each defendant appearing at hearing)

## CRIMINAL MINUTES

Government Attorney(s): Carrie Daughtrey and Lynne Ingram

Defense Attorney(s): Mark Scruggs

### TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

### NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☒
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

COMMENTS:

Telephone conference conducted with counsel regarding progress on discovery.

Total Time in Court: 15 mins.

KEITH THROCKMORTON, Clerk
by: Katheryn Beasley