IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| | |
|---|---|
| UNITED STATES OF AMERICA } | |
| } | |
| V. } | Criminal Docket No. 3:10-cr-00250-1 |
| } | JUDGE TRAUGER |
| MATTHEW PAUL DEHART } | |

### DEFENDANT'S MOTION FOR LEAVE
### TO FILE DOCUMENT UNDER SEAL

Defendant respectfully moves the Court to allow the submission of the attached motion under seal.

Respectfully submitted,

/s/ Mark C. Scruggs
Mark C. Scruggs # 10103
Attorney for Defendant
95 White Bridge Road
Cavalier Building, Suite 508
Nashville, TN 37205
615-352-8326

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been e-mailed to Ms. Carrie Daughtrey, Assistant U.S. Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, TN 37203, on this the 10th day of July, 2012.

/s/ Mark C. Scruggs
Mark C. Scruggs