

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT

Federal Investigative
Services

October 26, 2011

Mr. Matthew P. DeHart
10270 Bourbon Street
Newburgh, IN 47630

Dear Mr. DeHart:

This is in reference to your July 19, 2011, facsimile request for a copy of all paperwork related to the investigation conducted on you for a security clearance. Your request was received in this office on July 20, 2011.

The enclosed documents have been reviewed pursuant to the Freedom of Information Act and the Privacy Act of 1974, as amended, and are provided to you with no deletions.

If you have any questions regarding this response, contact the Freedom of Information Privacy Act office at 724-794-5612, extension 7000. Please reference tracking number 2011-16690.

Sincerely,

Paula E. Levy
FOI/PA Specialist

Enclosures

Supplement to Motion to Dismiss – DeHart Exhibit #12   3 pages

THE BOONVILLE POLICE DEPARTMENT INCLUDING THE WARRICK COUNTY SHERIFFS DEPARTMENT DECLINE TO PROVIDE ANY TRAFFIC CITATION OR CRIMINAL RECORD INFORMATION AND REQUEST THAT ALL LAW ENFORCEMENT RECORD CHECKS BE CONDUCTED AT THE WARRICK COUNTY COURTHOUSE IN BOONVILLE, INDIANA.

**ITEM: 019**  **SOURCE: 011**
**NAME** ANGELA K. CHAMBERS, YOUTH COORDINATOR, 415 SYCAMORE STREET, NEWBURGH, IN 47630
**INTERVIEWED AT** WARRICK COUNTY PUBLIC LIBRARY, NEWBURGH, IN

**ACCEPTABLE**
**PRIMARY ASSOCIATION** FRIEND
**AVERAGE EXTENT OF CONTACT** REGULAR
**SPAN OF CONTACT** APPROXIMATELY 11/2005 TO PRESENT

**RECOMMENDS**

SOURCE MET THE SUBJECT IN APPROXIMATELY 11/2005 WHEN THE SUBJECTS FATHER BEGAN PRESIDING OVER THE SOURCES RELIGIOUS ORGANIZATION. THEY HAVE HAD SOCIAL CONTACT ONE TIME WEEKLY TO PRESENT. THERE HAVE BEEN NO BREAKS IN THIS CONTACT.
SUBJECT HAS LIVED IN NEW YORK AND CURRENTLY RESIDES IN NEWBURGH, INDIANA. SUBJECT WAS FORCED TO RELOCATE TO A TEMPORARY APARTMENT AFTER HIS HOME WAS DESTROYED IN A TORNADO.
SUBJECT HAS DONE COMPUTER WORK FOR THE SOURCE FROM 2005 (UNABLE TO RECALL EXACT DATE) TO PRESENT.
IN HIS FREE TIME SUBJECT ENJOYS COMPUTERS AND SPENDING TIME WITH HIS FAMILY.
SOURCE IS NOT AWARE OF ANYTHING IN THE SUBJECTS BACKGROUND THAT COULD MAKE HIM SUSCEPTIBLE TO BLACKMAIL OR COERCION.

**ITEM: 020**  **SOURCE: 012**
**NAME** HEATHER M. CASIER, EPA AUDIT WORKER, LU BOX 1111, 1 UNIVERSITY PARK DRIVE, NASHVILLE, TN 37204
**TELEPHONE TESTIMONY**

**ACCEPTABLE**
**PRIMARY ASSOCIATION** FRIEND
**AVERAGE EXTENT OF CONTACT** REGULAR
**SPAN OF CONTACT** APPROXIMATELY 1998 TO PRESENT

**RECOMMENDS**

SOURCE MET THE SUBJECT IN APPROXIMATELY 1998 (UNABLE TO RECALL EXACT DATE) WHEN THE SUBJECTS FATHER BEGAN PRESIDING OVER THE SOURCES RELIGIOUS ORGANIZATION. THEY HAD SOCIAL CONTACT TWO TIMES WEEKLY UNTIL APPROXIMATELY 2002 (UNABLE TO RECALL EXACT DATE) WHEN THE

SUBJECT MOVED TO PENNSYLVANIA. IN APPROXIMATELY 2002 (UNABLE TO RECALL EXACT DATE) SOCIAL CONTACT CHANGED TO ONE TIME WEEKLY UNTIL APPROXIMATELY 2003 (UNABLE TO RECALL EXACT DATE) WHEN THE SUBJECT MOVED TO NEW YORK. THEY HAD INTERMITTENT CONTACT FROM APPROXIMATELY 2003 (UNABLE TO RECALL EXACT DATE) UNTIL APPROXIMATELY 2004 (UNABLE TO RECALL EXACT DATE). THERE WAS A BREAK IN CONTACT FROM UNTIL APPROXIMATELY 2005 (UNABLE TO RECALL EXACT DATE). FROM APPROXIMATELY 2005 (UNABLE TO RECALL EXACT DATE) TO PRESENT THEY HAVE SOCIAL CONTACT BY TELEPHONE ONE TO TWO TIMES WEEKLY. THERE HAVE BEEN NO ADDITIONAL BREAKS IN THIS CONTACT.
SUBJECT HAS LIVED IN RANDOLPH, NJ; PENNSYLVANIA, NEW YORK, AND INDIANA. HE TOOK SOME COLLEGE CLASSES IN INDIANA (LOCATION UNKNOWN) AND ALSO ATTENDED A COMMUNITY COLLEGE IN NEW YORK (LOCATION UNKNOWN). SUBJECT HAS BEEN SELF-EMPLOYED FIXING COMPUTERS. IN HIS FREE TIME SUBJECT ENJOYS PLAYING COMPUTER GAMES.
SOURCE IS NOT AWARE OF ANYTHING IN THE SUBJECTS BACKGROUND THAT COULD MAKE HIM SUSCEPTIBLE TO BLACKMAIL OR COERCION.

**ITEM: 020    INVESTIGATOR'S NOTE**                           SOURCE: 013

SOURCE WAS INTERVIEWED BY TELEPHONE DUE TO DISTANCE.


**ITEM: 021    COLLATERAL ITEM(S): 009**                       SOURCE: 014
NAME MICHAEL W. DAVIS, MAINTENANCE SUPERVISOR, 7327 STEPPE WAY,
     EVANSVILLE, IN 47712
INTERVIEWED AT EAGLE VILLAGE APARTMENTS, EVANSVILLE, IN

**ACCEPTABLE**
**PRIMARY ASSOCIATION** UNCLE
**AVERAGE EXTENT OF CONTACT** REGULAR
**SPAN OF CONTACT** 6/1984 TO PRSENT

**RECOMMENDS**

SOURCE HAS KNOWN THE SUBJECT SINCE HE WAS BORN IN 6/1984. THEY HAD INTERMITTENT FAMILY CONTACT FROM 6/1984 UNTIL 2005 (UNABLE TO RECALL EXACT DATE). FROM 2005 (UNABLE TO RECALL EXACT DATE) TO PRESENT THEY HAVE SOCIAL CONTACT ONE TIME WEEKLY WHEN THEY GET TOGETHER FOR DINNER, MOVIES, OR VIDEO GAMES.
SUBJECT HAS LIVED IN MARYLAND, ALABAMA, NEW YORK, PENNSYLVANIA, AND NEWBURGH, INDIANA.
SUBJECT ATTENDED IVY TECH COMMUNITY COLLEGE IN EVANSVILLE, INDIANA. SUBJECT HAS BEEN SELF-EMPLOYED FIXING COMPUTERS. HE IS CURRENTLY IN THE AIR NATIONAL GUARD. IN HIS FREE TIME SUBJECT ENJOYS PLAYING VIDEO AND COMPUTER GAMES, READING, AND FIXING COMPUTERS. WHILE UNEMPLOYED (DATES UNKNOWN) SUBJECT IS SUPPORTED BY HIS PARENTS.
SOURCE IS NOT AWARE OF ANYTHING IN THE SUBJECTS BACKGROUND THAT COULD MAKE HIM SUSCEPTIBLE TO BLACKMAIL OR COERCION.

```
------------------------------------------------------------------------
 NAME DEHART, MATTHEW PAUL
------------------------------------------------------------------------
                                        |CASE # 08158144    |PAGE   1
 DATES OF INVESTIGATION 07/11/08 - 07/11/08   SID 4724   ORG ID C24   REPORT # 01
------------------------------------------------------------------------
```

                              TESTIMONIES

ITEM: 026
  NAME 181ST MISSION SUPPORT FLIGHT, 800 S. PETERCHEFF ST., TERRE HAUTE, IN                SOURCE: 001
       47803
  NATIONAL GUARD
  PROVIDER  WINNIE WEAVER,  MSGT-NCOIC

 ACCEPTABLE

 NAME VERIFIED      SSN VERIFIED      DOB VERIFIED      POB VERIFIED

 THE SUBJECT ENLISTED WITH THE NATIONAL GUARD ON 2/15/2008.  HIS UNIT
 IS THE 181ST OPERATIONS SUPPORT FLIGHT.  HIS GRADE IS E-3.


ITEM: 031
  NAME 181ST SECURITY FORCES SQUADRON, 780 E. VANATTI CIRCLE, TERRE HAUTE,                 SOURCE: 002
       IN 47803
  SECURITY CLEARANCE
  PROVIDER  MURREL SCHRIVER,  SERGEANT
  SF RELEASE.

 ACCEPTABLE

 NAME VERIFIED      SSN VERIFIED      DOB VERIFIED      POB VERIFIED

 THE SUBJECT HAS AN OPEN INVESTIGATION, FROM OPM, DATED 3/24/2008.  HIS
 GRADE IS E-3.  HE HAS AN INTERIM SECRET CLEARANCE DATED 5/1/2008.


                      ****  END OF REPORT  ****

      TRANSMITTED: 07/11/08                          PRINTED: 07/14/08

08012008Z1:46

Case 3:10-cr-00250   Document 135-12   Filed 11/06/12   Page 4 of 4 PageID #: 811