IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | } | |
| | } | |
| V. | } | Criminal Docket No. 3:10-cr-00250-1 |
| | } | JUDGE TRAUGER |
| MATTHEW PAUL DEHART | } | |

## MOTION TO WITHDRAW AS COUNSEL

Comes now Mark C. Scruggs, current counsel for the Defendant, respectfully and regrettably moves to be allowed to withdraw as counsel for the Defendant in this matter. For cause, the undesigned states that Document Nos. 135 & 136 and the exhibits attached thereto were filed without my knowledge and in violation of my employment agreement which required "complete cooperation" in the preparation of his defense. In spite of making myself available to the Defendant on numerous occasions to supplement motions and prepare for hearings, Defendant has chosen to act on his own, which he has a right to do. However, misrepresentations have been made by the Defendant in his filings (See Document No. 135-1, pages 3-4) as well as the release of private communications between the Defendant, counsel and our expert which have compromised the attorney-client relationship and have made effective representation impossible.

Therefore, Counsel regrettably requests the above relief.

Respectfully submitted,

/s/ Mark C. Scruggs
Mark C. Scruggs # 10103
Attorney for Defendant
95 White Bridge Road
Cavalier Building, Suite 508
Nashville, TN 37205
615-352-8326

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been e-mailed to Ms. Carrie Daughtrey, Assistant U.S. Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, TN 37203, and sent via e-mail to Defendant's father on this the 7th day of November, 2012.

/s/ Mark C. Scruggs
Mark C. Scruggs