# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-00250 |
| | ) | Judge Trauger |
| MATTHEW PAUL DEHART | ) | |

## O R D E R

It is hereby **ORDERED** that the Motion to Withdraw filed by defense counsel is set for hearing on Wednesday, November 14, 2012, at 10:00 a.m. The pretrial motion hearing scheduled for that day and time is **CONTINUED**, to be rescheduled by later order of the court.

It is so **ORDERED**.

ENTER this 8th day of November 2012.

_____
ALETA A. TRAUGER
U.S. District Judge