REV 7/11

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:10-00250
Judge: TRAUGER

UNITED STATES OF AMERICA

V.

MATTHEW PAUL DEHART

(list each defendant appearing at hearing)

Hearing Date: 11/14/12
Location: ☒ Nashville ☐ Columbia ☐ Cookeville
Court Reporter: Brian Ratekin
Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Carrie Daughtrey and Lynne Ingram

Defense Attorney(s): Mark Scruggs

### TRIAL PROCEEDINGS
1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

### NON-TRIAL PROCEEDINGS
7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☒
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Parties appeared for hearing on defense counsel's motion to withdraw (DE#137). The court granted the motion and will order appointment of new counsel.

Total Time in Court: 50 mins.

KEITH THROCKMORTON, Clerk
by: Katheryn Beasley