**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No.  3:10-00250 |
| | ) | Judge Trauger |
| MATTHEW PAUL DEHART | ) | |

## O R D E R

A hearing was held on defense counsel's Motion to Withdraw (Docket No. 137) on November 14, 2012.  It is hereby **ORDERED** that the Motion to Withdraw is **GRANTED**, and the Federal Public Defender is requested to appoint new counsel for this defendant, as he qualifies for the appointment of counsel (Docket No. 4).  The trial scheduled for December 4, 2012 is **CONTINUED**, to be reset by subsequent order of the court.

It is so **ORDERED**.

ENTER this 14th day of November 2012.

_____
ALETA A. TRAUGER
U.S. District Judge