*Motion GRANTED.*

*[signature: Aleta A. Trauger]*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 3:10-cr-00250 |
| v. ) | |
| ) | JUDGE TRAUGER |
| MATTHEW PAUL DEHART ) | |

## MOTION FOR LEAVE TO PROCEED
## *EX PARTE* AND UNDER SEAL

Defendant Matthew Paul DeHart, through counsel, moves this Court for leave to proceed *ex parte* and under seal. In support, defendant would show:

1. The Administrative Practices and Procedures for Electronic Case Filing (ECF) adopted by this Court in Administrative Order #167 at Section 5.07 requires a party seeking to file documents under seal to electronically file a motion for leave of the court to do so, via the court's electronic filing system. However, if filing *ex parte*, the party may file directly with the clerk.

WHEREFORE, PREMISES CONSIDERED, defendant moves this Court for leave to proceed *ex parte* and file under seal.

RESPECTFULLY SUBMITTED,

s/ Michael E. Terry
MICHAEL E. TERRY (BPRN 3856)
STEPHANIE H. GORE (BPRN 17080)
Counsel for Defendant

Terry & Gore
1200 16th Avenue, South
Nashville, TN 37212
(615) 321-2750 office
(615) 250-4915 fax