IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | NO. 3:10-cr-00250 |
| v. | ) | |
| | ) | JUDGE TRAUGER |
| **MATTHEW PAUL DeHART** | ) | |

## MOTION FOR LEAVE TO PROCEED UNDER SEAL TO CORRECT D.E. 156

Defendant, Matthew DeHart, through counsel, moves this Court for leave to proceed under seal in order to correct D.E. 156 that was filed under seal but is incomplete. The Court granted defendant's earlier request to proceed under seal (D.E. 155). The sole purpose of this filing is to correct defendant's sealed filing D.E. 156. In support, Defendant would show:

1. The Administrative Practices and Procedures for Electronic Case Filing (ECF) adopted by this Court in Administrative Order #167 at Section 5.07 requires a party seeking to file documents under seal to electronically file a motion for leave of the court to do so, via the court's electronic filing system.

WHEREFORE, PREMISES CONSIDERED, defendant moves this Court for leave to proceed under seal to correct D.E. 156.

RESPECTFULLY SUBMITTED,

s/ Michael E. Terry
MICHAEL E. TERRY (3856)
STEPHANIE H. GORE (BPRN 17080)
Counsel for Defendant

**Terry & Gore**
1200 16th Avenue, South
Nashville, TN 37212
(615) 321-2751 office
(615) 250-4915 fax

## CERTIFICATE OF SERVICE

      I certify that a true and exact copy of the foregoing was served, if registered, via the Court's electronic filing system or, if not registered, deposited in the United States Mail, postage prepaid to Carrie Daughtrey, Assistant United States Attorney, Middle District of Tennessee, 110 Ninth Avenue South, Suite A961, Nashville, Tennessee 37203-3870, on this 9th day of January 2013.

                                        s/ Michael E. Terry
                                        MICHAEL E. TERRY
                                        Counsel for Defendant