REV 7/11

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:10-00250

UNITED STATES OF AMERICA

Judge: TRAUGER

V.

Hearing Date: 1/10/13

MATTHEW PAUL DEHART

Location: ☑ Nashville  ◯ Columbia  ◯ Cookeville

Court Reporter:

(list each defendant appearing at hearing)

Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Carrie Daughtrey

Defense Attorney(s): Stephanie Gore

## TRIAL PROCEEDINGS

1. Jury Trial*
2. Non-Jury Trial*
3. Sentencing Hearing Contested*
4. Supervised Release Hearing-Contested*
5. Probation Revocation Hearing-Contested*
6. Other Evidentiary Hearing*
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment
8. Plea Hearing
9. Sentencing Hearing
10. Status conference
11. Pretrial Conference
12. Supervised Release Revocation Hearing
13. Probation Revocation Hearing
14. Motion Hearing
15. Other Proceeding ☑
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Telephone conference regarding resetting the hearing on the Petition for violation of conditions of pretrial release. Order to enter.

Total Time in Court: 10 mins.

KEITH THROCKMORTON, Clerk
by: Katheryn Beasley