IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | NO. 3:10-cr-00250 |
| v. | ) | |
| | ) | JUDGE TRAUGER |
| **MATTHEW PAUL DEHART** | ) | |

### ORDER

Pending before the Court is defendant Matthew DeHart's Motion for Leave to Proceed *Ex Parte* and Under Seal. (Docket No. _____) The motion is **GRANTED**.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE