IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | NO. 3:10-cr-00250 |
| v. | ) | |
| | ) | JUDGE TRAUGER |
| MATTHEW PAUL DEHART | ) | |

MOTION FOR LEAVE TO PROCEED
*EX PARTE* AND UNDER SEAL

Defendant Matthew Paul DeHart, through counsel, moves this Court for leave to proceed *ex parte* and under seal. In support, defendant would show:

1. The Administrative Practices and Procedures for Electronic Case Filing (ECF) adopted by this Court in Administrative Order #167 at Section 5.07 requires a party seeking to file documents under seal to electronically file a motion for leave of the court to do so, via the court's electronic filing system.

WHEREFORE, PREMISES CONSIDERED, defendant moves this Court for leave to proceed *ex parte* and file under seal.

RESPECTFULLY SUBMITTED,

s/ Michael E. Terry
MICHAEL E. TERRY (BPRN 3856)
STEPHANIE H. GORE (BPRN 17080)
Counsel for Defendant

Terry & Gore
1200 16th Avenue, South
Nashville, TN 37212
(615) 321-2750 office
(615) 250-4915 fax

**CERTIFICATE OF SERVICE**

I certify that a true and exact copy of the foregoing was served, if registered, via the Court's electronic filing system or, if not registered, deposited in the United States Mail, postage prepaid to Carrie Daughtrey and Lynne Ingram, Assistant United States Attorneys, Middle District of Tennessee, 110 Ninth Avenue South, Suite A961, Nashville, Tennessee 37203-3870, on this 4th day of April 2013.

                                                                                  s/ Michael E. Terry
                                                                                  MICHAEL E. TERRY
                                                                                   Counsel for Defendant