IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-00250 |
| | ) | Judge Trauger |
| MATTHEW PAUL DEHART | ) | |

**O R D E R**

It is hereby **ORDERED** that the next telephone status conference will take place on Monday, March 10, 2014, at 10:30 a.m. Counsel for all parties shall call (615) 695-2858 in order to participate in the telephone conference.

It is so **ORDERED**.

ENTER this 10th day of January 2014.

_____
ALETA A. TRAUGER
U.S. District Judge