UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | NO. 3:10-CR-00250 |
| v. ) | 18 U.S.C. § 2251 |
| MATTHEW PAUL DEHART ) | 18 U.S.C. § 2252A |
| ) | 18 U.S.C. § 2256 |
| ) | 18 U.S.C. § 3146 |

# SUPERSEDING INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

Between in or about May 2008 and December 2008, in the Middle District of Tennessee and elsewhere, the defendant, **MATTHEW PAUL DEHART**, did knowingly and intentionally employ, use, persuade, induce, entice, and coerce a minor child under the age of eighteen (known to the Grand Jury as Victim A) to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, which visual depiction was transported and transmitted using any means or facility of interstate commerce, and did attempt to do so.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(d).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about January 23, 2008, in the Middle District of Tennessee and elsewhere, **MATTHEW PAUL DEHART**, knowingly shipped and transported and attempted to ship and transport child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(1) and 2252A(b)(1).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

Between in or about December 2007 and May 2008, in the Middle District of Tennessee and elsewhere, the defendant, **MATTHEW PAUL DEHART**, did knowingly and intentionally employ, use, persuade, induce, entice, and coerce a minor child under the age of eighteen (known to the Grand Jury as Victim B) to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, which visual depiction was transported and transmitted using any means or facility of interstate commerce, and did attempt to do so.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(d).

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

On or about April 4, 2013, in the Middle District of Tennessee, **MATTHEW PAUL DEHART**, having been released pursuant to chapter 207 of Title 18, United States Code, while awaiting trial for a violation of Title 18, United States Code, Section 2251, a felony punishable by a term of imprisonment of not more than 30 years, in Case Number 3:10-CR-00250, entitled United States v. Matthew Paul Dehart, for appearance before Judge Aleta A. Trauger, on April 4, 2013 at 10:00 am for a Status Conference and Detention Review Hearing in the aforementioned case, did knowingly and willfully fail to appear for that hearing as required.

In violation of Title 18, United States Code, Sections 3146(a)(1) and 3146(b)(1).

A TRUE BILL

FOREPERSON

_____
LYNNE T. INGRAM
ASSISTANT UNITED STATES ATTORNEY

_____
S. CARRAN DAUGHTREY
ASSISTANT UNITED STATES ATTORNEY

_____
DAVID RIVERA
UNITED STATES ATTORNEY