# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) NO. 3:10-cr-00250 |
| v. | ) |
| | ) JUDGE TRAUGER |
| MATTHEW PAUL DEHART | ) |

## NOTICE OF FILING

Defendant Matthew Dehart, through counsel, gives notice of filing the following documents regarding the defendant's refugee status and his return to the Middle District of Tennessee:

Attachment 1     Immigration and Refugee Board of Canada – Notice of Decision

Attachment 2     Notice of Removal Arrangements.

RESPECTFULLY SUBMITTED,

s/ Michael E. Terry
MICHAEL E. TERRY (BPRN 3856)
STEPHANIE H. GORE (BPRN 17080)
Counsel for Defendant

**Terry & Gore**
1200 16th Avenue South
Nashville, Tennessee 37212
(615) 321-2751
Fax: (615) 250- 4915

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing was served, if registered, via the Court's electronic filing system or, if not registered, deposited in the United States Mail, postage prepaid, to the following: S. Carran Daughtrey and Lynne Ingram, Assistant United States Attorneys, Office of the United States Attorney, 110 Ninth Avenue, S - Suite A961, Nashville, TN 37203-3870 on this the 19th day of February 2015.

s/ Michael E. Terry
MICHAEL E. TERRY
Counsel for Defendant