IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **NO. 3:10-cr-00250** |
| **v.** | ) | |
| | ) | **JUDGE TRAUGER** |
| **MATTHEW PAUL DEHART** | ) | |

**ORDER**

Pending before the Court is defense counsel's Motion for Leave to Proceed *Ex Parte* and Under Seal (Docket No. _____). The motion is **GRANTED**.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE