UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:10-00250

UNITED STATES OF AMERICA

V.

Judge: TRAUGER

Hearing Date:

MATTHEW PAUL DEHART

Location: ☑ Nashville  ○ Columbia  ○ Cookeville

Court Reporter: Roxann Harkins

Court Interpreter:

(list each defendant appearing at hearing)

## CRIMINAL MINUTES

Government Attorney(s): Carrie Daughtrey, Lynne Ingram

Defense Attorney(s): Michael Terry, Stephanie Gore

### TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

### NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☑
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Defendant was not present for the hearing because he is in custody in Canada. Counsel informed the Court about the case moving forward after defendant's return to this district. The transcript for the ex-parte portion of the hearing is under seal.

Total Time in Court: 20 mins.

KEITH THROCKMORTON, Clerk
by: Katheryn Beasley