IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:10-cr-00250 |
| v. | ) | |
| | ) | JUDGE TRAUGER |
| MATTHEW PAUL DEHART | ) | |

**MOTION FOR LEAVE TO PROCEED**
***EX PARTE* AND UNDER SEAL**

Undersigned counsel moves this Court for leave to proceed *ex parte* and under seal. In support, counsel would show:

1. The Administrative Practices and Procedures for Electronic Case Filing (ECF) adopted by this Court in Administrative Order #167 at Section 5.07 requires a party seeking to file documents under seal to electronically file a motion for leave of the court to do so, via the court's electronic filing system.

WHEREFORE, PREMISES CONSIDERED, undersigned counsel moves this Court for leave to proceed *ex parte* and file under seal.

RESPECTFULLY SUBMITTED,

s/ Michael E. Terry
MICHAEL E. TERRY (BPRN 3856)
STEPHANIE H. GORE (BPRN 17080)
Counsel for Defendant

Terry & Gore
1200 16th Avenue, South
Nashville, TN 37212
(615) 321-2750 office
(615) 250-4915 fax