FILED
2015 APR -8 PM 12:21
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | 3:10-CR-00250 |
| v. | § | |
| MATTHEW PAUL DEHART, | § | |
| Defendant. | § | |

*Motion set for hearing on 5/11/15 at 1:00 p.m.*

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE COURT:

The undersigned *pro bono* counsel for Matthew Paul DeHart hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the New York State Bar and the United States District Court for the Southern District of New York.

Attached is a Certificate of Good Standing from the Southern District of New York.

My law firm regularly takes on *pro bono* cases across the country that we consider important, and we have extensive experience in dealing with digital evidence and representing defendants charged with complex computer crimes. I have worked on several cases involving complex issues of digital evidence, highly technical evidence, and identification and attribution questions that will be relevant experience for Mr. DeHart's matter.

Mr. DeHart is currently incarcerated in Bowling Green, Kentucky and is awaiting trial.

On June 7, 2014, Mr. DeHart's father, with Mr. DeHart's consent, executed a *pro bono* engagement letter with our law firm.

In August and November of 2014 the managing partner of our law firm, Tor Ekeland, flew to Canada to meet directly with Mr. DeHart and discussed his case with him. Tor regularly