IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:10-cr-00250 |
| v. | ) | |
| | ) | JUDGE TRAUGER |
| MATTHEW PAUL DEHART | ) | |

## MOTION FOR LEAVE TO WITHDRAW

Undersigned counsel move for leave to withdraw as counsel in this matter (appointed and *pro bono*). Counsel is advised that defendant has retained new counsel. There is no known opposition to this motion. Counsel suggests that this motion can be heard on Monday, May 11, with other pending motions.

RESPECTFULLY SUBMITTED,

s/ Michael E. Terry
MICHAEL E. TERRY (BPRN 3856)
Counsel for Defendant, CJA Appointment

s/ Stephanie H. Gore
STEPHANIE H. GORE (BPRN 17080)
Counsel for Defendant, *pro bono*

**Terry & Gore**
1200 16th Avenue, South
Nashville, TN 37212
(615) 321-2750 office
(615) 250-4915 fax

## CERTIFICATE OF SERVICE

      I certify that a true and exact copy of the foregoing was served, if registered, via the Court's electronic filing system or, if not registered, deposited in the United States Mail, postage prepaid, as follows: Jimmie Lynn Ramsaur, S. Carran Daughtrey, and Lynne Ingram, Assistant United States Attorneys, Office of the United States Attorney, 110 Ninth Avenue, S - Suite A961, Nashville, TN 37203-3870; Tor Ekeland and Frederic Jennings, 195 Plymouth Street, Fifth Floor, Brooklyn, NY 11201; and Matthew DeHart, # 164682, Warren County Regional Jail 920 Kentucky Street, Bowling Green, KY 42101 on this the 8th day of May 2015.

                                    s/ Michael E. Terry
                                    MICHAEL E. TERRY

2

Case 3:10-cr-00250   Document 233   Filed 05/07/15   Page 2 of 2 PageID #: 1141