UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | 3:10-CR-00250 |
| v. | § | Motion GRANTED. |
| MATTHEW PAUL DEHART, | § | |
| Defendant. | § | |

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE COURT:

The undersigned *pro bono* counsel for Matthew Paul DeHart hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the New York State Bar and the United States District Courts for the Eastern District of New York, the Southern District of New York, and the Southern District of Texas.

Additionally, I have tried a criminal case *pro hac vice* in the Federal District Court for the District of New Jersey. *See United States v. Auernheimer*, 748 F.3d 525 (3d Cir. 2014). I am also currently admitted *pro hac vice* in a criminal trial scheduled for May in the Federal District Court for the Eastern District of California. *See United States v. Matthew Keys*, No. 2:13-CR-0082 (E.D. Ca.) (KJM).

Attached is a Certificate of Good Standing from the Eastern District of New York.

My law firm regularly takes on *pro bono* cases across the country that we consider important, and we have extensive experience in dealing with digital evidence and representing defendants charged with computer crimes.