IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-00250 |
| | ) | Judge Trauger |
| MATTHEW PAUL DEHART | ) | |

**O R D E R**

A hearing was held in this case on May 11, 2015, at which counsel for the defendant, Michael Terry, requested that his Motion For Leave To Withdraw (Docket No. 233) be withdrawn. It is hereby **ORDERED** that the Clerk shall **TERM** that motion as withdrawn.

It is further **ORDERED** that this case is set for a status conference on Monday, May 18, 2015, at 1:00 p.m. If this hearing should be converted into a change of plea hearing, counsel shall notify Judge Trauger's courtroom deputy in advance of the hearing.

It is so **ORDERED**.

ENTER this 11th day of May, 2015.

_____
ALETA A. TRAUGER
U.S. District Judge