UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>v.<br><br>MATTHEW PAUL DEHART,<br>　　　　　Defendant. | 3:10-CR-00250 (Judge Trauger)<br><br>NOTICE OF MOTION FOR A BILL OF PARTICULARS FOR COUNTS ONE THROUGH THREE OF THE SUPERSEDING INDICTMENT AND SUPPORTING MEMORANDUM OF LAW |

NOTICE IS HEREBY GIVEN that Defendant Matthew Paul DeHart, through his undersigned counsel, hereby submits this Motion for a Bill of Particulars for Counts One through Three of the Superseding Indictment ("SI") and supporting Memorandum of Law under Federal Rule of Criminal Procedure 7(f). On May 18th, 2015 this Court granted leave for undersigned counsel to file this motion. As discussed in the accompanying Memorandum of Law, this motion is based on the Fifth and Sixth Amendments to the United States Constitution and federal law.

DATED:　　June 8, 2015　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Tor Ekeland
　　　　　　　　　　　　　　　　　Tor Ekeland
　　　　　　　　　　　　　　　　　Frederic Jennings
　　　　　　　　　　　　　　　　　Tor Ekeland, P.C.
　　　　　　　　　　　　　　　　　195 Water Street
　　　　　　　　　　　　　　　　　Brooklyn, NY 11201
　　　　　　　　　　　　　　　　　Tel: 718.737,7264 ext. 700
　　　　　　　　　　　　　　　　　Fax: 718.504.5417
　　　　　　　　　　　　　　　　　Email: tor@torekeland.com
　　　　　　　　　　　　　　　　　　　　　fred@torekeland.com