# CERTIFICATE OF SERVICE

I certify that on June 8, 2015 a true and exact copy of the foregoing was served, if registered, via the Court's Electronic Filing System or, if not registered, by email, as follows:

    S. Carran Daughtrey,
    Carrie.Daughtrey@usdoj.gov

    Lynne T. Ingram,
    Lynne.Ingram@usdoj.gov

    Jimmie Lynn Ramsaur,
    Jimmie.Lynn.Ramsaur@usdoj.gov

    Office of the United States Attorney
    110 Ninth Avenue, S
    Suite A961
    Nashville, TN 37203-3870
    *Assistant United States Attorneys*

 

    */s/ Frederic Jennings*
    Frederic B. Jennings, Esq.
    Tor Ekeland, P.C.
    195 Plymouth Street, 5th Floor
    Brooklyn, NY 11201
    fred@torekeland.com
    (718) 737-7264 x704
    www.torekeland.com