UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>**MATTHEW DEHART,** | 3:10-CR-00250 (Judge Trauger)<br><br>PROPOSED ORDER TO EXTEND PRETRIAL MOTION DEADLINES AND TO SCHEDULE A JOINT CONFERENCE ON DISCOVERY |

## ORDER

In order to allow time for pretrial discovery conferences and review, and by agreement of the parties, it is hereby **ORDERED** that the Defendant's Motion to Extend Pretrial Motion Deadlines and Schedule a Joint Conference on Discovery is **GRANTED**

The pretrial motion deadline is continued to **July 27, 2015**, with the Government's responses to be due **August 21, 2015**.

A Joint Telephone Conference with both parties and the Court is hereby scheduled for July 21, 2015 at 3:00 pm. Please call 866-590-5055 and then access code 4952789 #.

It is so **ORDERED**.

ENTER this 9th day of July 2015.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ALETA A. TRAUGER
　　　　　　　　　　　　　　　　　　　U.S. District Judge