*Motion GRANTED.*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-cr-00250 |
| | ) | JUDGE ALETA A. TRAUGER |
| MATTHEW PAUL DEHART | ) | |

MOTION TO WITHDRAW AS COUNSEL

The undersigned Assistant United States Attorney hereby moves to withdraw as counsel for the government. This case is being handled on behalf of the United States by Assistant United States Attorney Lynn T. Ingram and United States by Assistant United States Attorney Jimmie Lynn Ramsaur.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

By: s/ S. Carran Daughtrey
    S. CARRAN DAUGHTREY
    Assistant United States Attorney
    110 9th Avenue South, Suite A-961
    Nashville, Tennessee 37203-3870
    Telephone: (615) 736-5151

1