UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


UNITED STATES OF AMERICA          )
                                  )          No. 3:10-CR-00250
          v.                      )
                                  )          JUDGE TRAUGER
MATTHEW DEHART                    )


**SECOND MOTION TO EXTEND TIME TO RESPOND TO BILL OF PARTICULARS**

The United States, by and through David Rivera, United States Attorney for the Middle District of Tennessee, and Lynne T. Ingram, Assistant United States Attorney, respectfully move this Court to extend the time to respond to the defendant's motion for bill of particulars, currently due, today, August 14, 2015 to Friday, August 21, 2015.

The undersigned seeks a second extension due to the agent assigned to this case being out on another detail and therefore, unable to assist the government on this case. The undersigned has spoken to the agent and he expects to be back in the office next week and available to assist with the filing of this response.

The United States is authorized to represent that defense counsel has no objection to this motion.

Respectfully submitted,

DAVID RIVERA
UNITED STATES ATTORNEY

*s\ Lynne T. Ingram*
LYNNE T. INGRAM
Assistant United States Attorney
110 Ninth Avenue South,
Suite A-961
Nashville, Tennessee 37203
(615) 36-5151

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent, via the Court's electronic filing system to the defendant's counsel, listed below, on August 14, 2015.

Tor Ekeland & Frederic B. Jennings
195 Plymouth Street
Fifth Floor
Brooklyn, NY 11201

*s\ Lynne T. Ingram*
LYNNE T. INGRAM, AUSA