UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00250 |
| | ) | Judge Trauger |
| MATTHEW PAUL DEHART | ) | |

**MOTION TO DISMISS COUNT TWO (2) OF THE SUPERSEDING INDICTMENT**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorneys, and respectfully moves this Honorable Court to dismiss Count Two (2) of the Superseding Indictment without prejudice.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

*s/ Lynne T. Ingram*
LYNNE T. INGRAM
JIMMIE LYNN RAMSAUR
Assistant United States Attorneys
110 9th Avenue South, Suite A-96l
Nashville, Tennessee 37203
(615)736-5151

**Certificate of Service**

The undersigned hereby certifies that the foregoing was served through the Court's Electronic Filing System on Tor Ekeland and Frederick Jennings, Attorneys for defendant on August 21, 2015.

*s/ Lynne T. Ingram*
LYNNE T. INGRAM
JIMMIE LYNN RAMSAUR
Assistant United States Attorneys