# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-cr-00250 |
| | ) | Judge Trauger |
| MATTHEW PAUL DEHART | ) | |

## ORDER

An evidentiary hearing was held on November 9, 2015 on the defendant's Motion to Suppress (Docket No. 266) and Motion to Dismiss (Docket No. 267). For the reasons expressed on the record during the hearing, which are incorporated herein by reference as if set forth verbatim, it is hereby ORDERED that both motions are DENIED.

It is further ORDERED that a telephonic status conference will be held with counsel for the parties on Wednesday, November 18, 2015 at 11:00 a.m. Central Standard Time. Counsel shall call 866-590-5055 (Access Code 4952789#) in order to participate in the telephone conference.

It is so **ORDERED**.

ENTER this 9th day of November 2015.

_____
ALETA A. TRAUGER
U.S. District Judge