# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __TENNESSEE__

UNITED STATES OF AMERICA
v.

MATTHEW PAUL DEHART

**WAIVER OF INDICTMENT**

CASE 3:10-00250

I, __Matthew Paul Dehart__, the above named defendant, who is accused of

Title 18 U.S.C. § 2252A(a)(2)(A) - Receipt of Child Pornography
Title 18 U.S.C. § 3146(a)(1) - Failure to Appear

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __November 12, 2015,__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Date_

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer